IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICKY WILLIAMS )
) No. 3-13-1229
v. )
)
GREGORY VEACH; and STEVENS )
TRANSPORT, INC. )

O R D E R

On February 20, 2014, the parties filed a notice of voluntary dismissal without prejudice as to Tennessee Farmers Mutual Insurance Company and as to the cross complaint filed by Tennessee Farmers Mutual Insurance Company (Docket Entry No. 18), which the Court deems to be a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure inasmuch as defendant Stevens Transport, Inc. has filed a answer to the cross-claim (Docket Entry No. 9).

In accord with Rule 41(a)(1)(A), no further action on the part of the Court is required. Therefore, Tennessee Farmers Mutual Insurance Company is DISMISSED without prejudice and the cross-claim filed by Tennessee Farmers Mutual Insurance Company, see Docket Entry No. 12-1, is also DISMISSED without prejudice.

The Clerk is directed to terminate Tennessee Farmers Mutual Insurance Company as a defendant in this action.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge