IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICKY WILLIAMS )
) No. 3-13-1229
v. )
)
GREGORY VEACH; and STEVENS )
TRANSPORT, INC. )

O R D E R

In accord with the order entered February 6, 2014 (Docket Entry No. 21), the plaintiff filed a status report on April 8, 2014, regarding plaintiff's medical treatment (Docket Entry No. 21), in which, inter alia, the plaintiff reported that it is not expected that surgery will be scheduled at this time.

As contemplated in the February 6, 2014, order, counsel for the parties shall convene a telephone conference call with the Court on **Thursday, April 24, 2014, at 11:00 a.m.,** to be initiated by defendants' counsel, to address the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge