IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICKY WILLIAMS )
) No. 3-13-1229
v. )
)
GREGORY VEACH; and STEVENS )
TRANSPORT, INC. )

O R D E R

Pursuant to the order entered April 15, 2014 (Docket Entry No. 24), counsel for the parties called the Court on April 29, 2014, at which time the following matters were addressed:

1. Plaintiff's counsel recounted the plaintiff's current medical status, and the fact that there will be no further surgery. Therefore, the parties may be in a position to evaluate the potential for settlement.

2. Before considering whether ADR would be appropriate, the defendants want the following documents from the plaintiff: (1) the plaintiff's IRS Form W-2s for the tax years for which the plaintiff has provided copies of tax returns but without the W-2 forms; (2) documents relating to income and loss of income from the plaintiff's self-employment; (3) authorization to obtain medical records; and (4) the report from the examining neuropsychologist. In addition, defendants' counsel indicated that they may want to take the plaintiff's deposition before participating in any ADR.

Plaintiff's counsel committed to providing defendants' counsel the requested documents as soon as possible.

3. Counsel for the parties shall convene another telephone conference call with the Court on **Wednesday, July 16, 2014, at 10:00 a.m.,** to be initiated by defendants' counsel, to address whether the plaintiff has provided the defendants with the documents described above, and, if so, the status of any settlement discussions, and/or whether the parties believe that ADR would be necessary or productive.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge