IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


RICKY WILLIAMS )
) No. 3-13-1229
v. )
)
GREGORY VEACH; and STEVENS )
TRANSPORT, INC. )


O R D E R


Pursuant to the order entered May 2, 2014 (Docket Entry No. 25), counsel for the parties called the Court on July 16, 2014, at which time the following matters were addressed:

1. The plaintiff has provided to the defendants the items described in the May 2, 2014, order although some were just recently provided. Defendants' counsel needs some time to review those documents and may want to take the plaintiff's deposition before engaging in mediation, which the parties intend to schedule during September or October of 2014.

2. By July 31, 2014, the parties shall file a joint mediation status report, indicating when they have scheduled private mediation and with whom.

3. The October 3, 2014, deadline for the parties to complete fact discovery is extended to January 30, 2015, to allow the parties to participate in mediation before completing all fact discovery.

4. The October 3, 2014, deadline for the plaintiff to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended to November 3, 2014.

5. The December 3, 2014, deadline for the defendants to serve Rule 26(a)(2) expert disclosures is extended to January 5, 2015.

6. The January 30, 2015, deadline for the parties to complete expert discovery is extended to February 27, 2015.

All other deadlines provided in the orders entered February 6, 2014 (Docket Entry Nos. 14-15), remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge